**PRIMARY STEEL, INC. et al., Plaintiffs,**

v.

**UNITED STATES, Defendant,**

**and**

**Allied Tube & Conduit Corp., Defendant–Intervenor.**

Court No. 91–12–00879.
Slip Op. 94–7.

United States Court of International Trade.

Jan. 14, 1994.

### *ORDER*

CARMAN, Judge.

Upon the parties' stipulation of January 11, 1994, it is hereby

**ORDERED** that the Final Results of Redetermination Pursuant to Court Remand issued on November 29, 1993 pursuant to the Court's order in *Primary Steel, Inc. v. United States,* 17 CIT ——, 834 F.Supp. 1374 (1993) are affirmed; and it is further

**ORDERED** that this action is dismissed.